```
KELLAN ROSS TADLOCK            FIRST CENTURY BANK
1104 SAPPHIRE XING             901 E 6TH ST
FLOWOOD, MS 39232              AUSTIN, TX 78702


THOMAS C. ROLLINS, JR.         LENDINGPOINT LLC.
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 1201 ROBERTS BLVD NW
JACKSON, MS 39236              STE 200
                               KENNESAW, GA 30144


BARCLAYS BANK DELAWARE         MONEY KEY
ATTN: BANKRUPTCY               1000 N. WEST ST
PO BOX 8801                    STE 1200
WILMINGTON, DE 19899           WILMINGTON, DE 19801


BIRCH LENDING                  NELNET
P.O. BOX 58020                 PO BOX 82561
MINTO, AK 99758                LINCOLN, NE 68501


CAPITAL ONE                    NETCREDIT
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 30285                   175 W JACKSON BLVD., STE 600
SALT LAKE CITY, UT 84130       CHICAGO, IL 60604


CFNA                           ONEMAIN
ATTN: BANKRUPTCY               PO BOX 1010
PO BOX 81315                   EVANSVILLE, IN 47706
CLEVELAND, OH 44181


CREDIT NINJA                   PENNYMAC
27 N WACKER DR                 PO BOX 514387
#404                           LOS ANGELES, CA 90051
CHICAGO, IL 60606


CREDITFRESH                    SERVICE FINANCE COMP
200 CONTINENTAL DRIVE          ATTN: BANKRUPTCY
SUITE 401                      555 SOUTH FEDERAL HWY
NEWARK, DE 19713               BOCA RATON, FL 33432


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130
```