**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE: | |
| **KELLAN ROSS TADLOCK** | **CHAPTER 13** |
| Debtor. | **CASE NO. 26-50231-KMS** |

Comes now the undersigned and Notices her appearance as attorney of record for PennyMac Loan Services, LLC in the above referenced matter.

DATED this 16th day of March, 2026.

By: /s/ Kim Putnam_____
Kimberly D. Putnam, MS Bar No. 102418
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
kimberlyp@hwmlawfirm.com
801-355-2886

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on March 16, 2026, to-wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Kellan Ross Tadlock
1104 Sapphire Xing
Flowood, MS 39232


                                              /s/ Kim Putnam
                                              Kimberly D. Putnam