United States Bankruptcy Court

Southern District of Mississippi

In re:

Kellan Ross Tadlock

Debtor

Case No. 26-50231-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Apr 13, 2026

User: mssbad

Form ID: n031

Page 1 of 2

Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kellan Ross Tadlock, 1104 Sapphire Xing, Flowood, MS 39232-5003 |
| cr | + | PennyMac Loan Services, LLC, 376 East 400 South, Suite 300, Salt Lake City, UT 84111-2906 |
| 5638721 | + | Kimberly D. Putnam, Esq., Halliday, Watkins & Mann, P.C., for PennyMac Loan Services, LLC, 376 East 400 South, Suite 300, Salt Lake City UT 84111-2906 |
| 5640158 | + | Lending Point, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5623948 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 13 2026 19:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5623951 | + | Email/Text: BKPT@cfna.com | Apr 13 2026 19:36:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5627910 | | Email/Text: BKPT@cfna.com | Apr 13 2026 19:36:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5623953 | | Email/Text: bankruptcy@creditfresh.com | Apr 13 2026 19:36:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5623952 | | Email/Text: bankruptcy_filings@creditninja.com | Apr 13 2026 19:36:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5623950 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2026 19:40:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5623954 | | Email/Text: mrdiscen@discover.com | Apr 13 2026 19:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5623956 | | Email/Text: Bkynotices@lendingpoint.com | Apr 13 2026 19:36:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Nw, Ste 200, Kennesaw, GA 30144 |
| 5623957 | + | Email/Text: bankruptcy@moneykey.com | Apr 13 2026 19:36:00 | Money Key, 1000 N. West St, Ste 1200, Wilmington, DE 19801-1058 |
| 5623958 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 13 2026 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5623959 | + | Email/Text: netcreditbnc@enova.com | Apr 13 2026 19:36:16 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 5636508 | | Email/PDF: cbp@omf.com | Apr 13 2026 19:40:39 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5623960 | + | Email/PDF: cbp@omf.com | Apr 13 2026 19:40:39 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5623961 | + | Email/PDF: ebnotices@pnmac.com | Apr 13 2026 19:40:34 | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5647838 | + | Email/PDF: ebnotices@pnmac.com | Apr 13 2026 19:40:40 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

District/off: 0538-6                    User: mssbad                         Page 2 of 2

Date Rcvd: Apr 13, 2026                 Form ID: n031                        Total Noticed: 24

| 5623955 | Email/Text: bankruptcy@self.inc | | | |
| | | Apr 13 2026 19:36:00 | First Century Bank, 901 E 6th St, Austin, TX 78702 |
| 5638707 | + Email/Text: bncmail@w-legal.com | | | |
| | | Apr 13 2026 19:36:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5623962 | + Email/Text: servicing@svcfin.com | | | |
| | | Apr 13 2026 19:36:00 | Service Finance Comp, Attn: Bankruptcy, 555 South Federal Hwy, Boca Raton, FL 33432-5505 |
| 5623949 | Email/Text: ashley@tolovanafinancial.com | | | |
| | | Apr 13 2026 19:36:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5632782 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | | |
| | | Apr 13 2026 19:36:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kellan Ross Tadlock trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50231−KMS
**Chapter:** 13

**In re:**

Kellan Ross Tadlock
aka Kellan Tadlock
1104 Sapphire Xing
Flowood, MS 39232

Notice of Entry of Order Confirming Plan

The Court entered an Order on 04/13/2026 (Dkt. # 16 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 13, 2026

Danny L. Miller, Clerk of Court